# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| Everett McKinley Dirksen United States Courthouse<br>Room 2722 - 219 S. Dearborn Street<br>Chicago, Illinois 60604 | Office of the Clerk<br>Phone: (312) 435-5850<br>www.ca7.uscourts.gov |



## FINAL JUDGMENT

November 7, 2019

| | |
|---|---|
| Before: | JOEL M. FLAUM, Circuit Judge<br>DIANE S. SYKES, Circuit Judge<br>AMY J. ST. EVE, Circuit Judge |

| | |
|---|---|
| No. 19-1835 | PLANNED PARENTHOOD OF WISCONSIN, INC., et al.,<br>Plaintiffs - Appellees<br><br>v.<br><br>JOSHUA L. KAUL, et al.,<br>Defendants - Appellees<br><br><br>APPEAL OF: WISCONSIN LEGISLATURE,<br>Proposed Intervenor |
| **Originating Case Information:** | |
| District Court No: 3:19-cv-00038-wmc<br>Western District of Wisconsin<br>District Judge William M. Conley | |

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: **132**)